■ In the Matter of MICHAEL D. MICHAEL, Appellant, v LESLIE FOSCHIO, as Commissioner of Motor Vehicles, Respondent. — Order unanimously affirmed and determination unanimously confirmed, without costs, and petition dismissed (see *300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176). (Article 78 proceeding transferred by order of Supreme Court, Onondaga County, Sullivan, J., and appeal from order of said court.) Present — Dillon, P. J., Hancock, Jr., Callahan, Denman and Green, JJ.

■ JOHN J. EBERT, Respondent, v DAVID W. BOLLMAN et al., Appellants. — Order unanimously reversed, on the law, without costs, and defendants' motion to compel plaintiff to execute medical authorizations granted (see *Hostler v Tonawanda Super Duper,* 104 AD2d 720). (Appeal from order of Supreme Court, Erie County, Bayger, J. — preclusion order.) Present — Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.